## 📝 Paycheck 🔒

## Direct Deposit Jarvis Carraway Jarvis D Carraway    COMMITTED

### Primary Information

| | | |
|---|---|---|
| **PAYEE**<br>Jarvis Carraway Jarvis D Carraway | **DEPARTMENT**<br>Safety-Security | **CHECK #**<br>Direct Deposit |
| **ADDRESS**<br>Jarvis Carraway<br>1419 20th Avenue North<br>Texas City TX 77590<br>United States Map | **CLASS**<br>Other-All : Miscellaneous | **AMOUNT**<br>985.65 |
| | **LOCATION**<br>Safety-Security Office | **MEMO** |
| | ☐ CLASSIFY INDIVIDUAL PAYCHECK LINES | |
| | **WORKPLACE**<br>Port of Galveston | |

### Reference Information

| | | |
|---|---|---|
| **BATCH**<br>00018 | **CHECK DATE**<br>04/16/2021 | **PERIOD ENDING**<br>04/11/2021 |
| **ACCOUNT**<br>1011 UNRESTRICTED CASH AND CASH EQUIVALENTS : PAYROLL ACCOUNT | **PAY FREQUENCY**<br>Every Two Weeks | |

Earnings 86.97 • Time 1,829.84 • Bonuses 0.00 • PTO Hours • Deductions 825.21 • Contributions 498.85 • Taxes 130.62 • Summary • Disbursements 985.6

| PAYROLL ITEM | PAYROLL ITEM TYPE | AMOUNT | YTD AMOUNT |
|---|---|---:|---:|
| COS ERMED (Wage) | Addition | 27.79 | 197.10 |
| COS-BACHELORS DEGREE | Addition | 57.70 | 461.60 |
| COS-GTLI > $50,000 | Addition | 1.48 | 73.42 |
| COS-HOLIDAY (Hourly) | Addition | 175.84 | 1,213.68 |
| COS-HOLIDAY WORKED | Wage | 0.00 | 775.80 |
| COS-SICK (Hourly) | Sick | 0.00 | 1,143.87 |
| COS-VACATION (Hourly) | Vacation | 0.00 | 1,186.97 |
| COS-WORK (Hourly) | Wage | 1,654.00 | 8,575.81 |
| EMPLOYEE ADVANCE | Addition | 0.00 | 292.58 |
| Additional Medicare | Tax | 0.00 | 0.00 |
| Federal Withholding | Federal | -81.28 | -553.13 |
| Medicare Employee | Medicare | -24.67 | -172.59 |
| Social Security Employee | Social Security | 0.00 | 0.00 |
| 401A-EE Deduction | Deduction | -146.52 | -1,036.93 |
| COS-GTLI > $50,000 (offset) | Deduction | -1.48 | -73.42 |
| EMPLOYEE ADVANCE - REPAYMENT | Deduction | 0.00 | 0.00 |
| GAR-CHDSUPP1 | Deduction | -320.31 | -2,562.48 |
| INS-DENPPOFAM | Deduction | -34.82 | -278.56 |
| INS-MEDFAM | Deduction | -165.00 | -1,320.00 |
| SUPINS-AFLACACC | Deduction | -16.27 | -130.16 |
| SUPINS-AFLACCRIT | Deduction | -4.68 | -37.44 |
| SUPINS-AFLACHOSP | Deduction | -28.35 | -226.80 |
| SUPINS-CHUBB | Deduction | -83.42 | -667.36 |
| SUPINS-LGL | Deduction | -8.48 | -67.84 |
| SUPINS-METDEP | Deduction | -1.46 | -11.68 |
| SUPINS-METVOL | Deduction | -7.65 | -61.20 |
| SUPINS-VIS+CHI | Deduction | -6.77 | -54.16 |
| COS-401A 2010PLAN | Employer Contribution | -57.46 | -406.65 |
| COS-401A-ER | Employer Contribution | -103.89 | -738.65 |
| COS-ER Medical Contribution | Employer Contribution | -337.50 | -2,700.00 |
| COS-Federal Unemployment | Federal | 0.00 | -42.00 |
| COS-Medicare Company | Medicare | -24.67 | -172.59 |
| COS-Texas Unemployment | Unemployment | 0.00 | -144.00 |
| GPLIFEINS | Employer Contribution | 0.00 | 0.00 |
| Social Security Company | Social Security | 0.00 | 0.00 |

## 📝 Paycheck 🔒

## Direct Deposit Jarvis Carraway Jarvis D Carraway    COMMITTED

### Primary Information

| | | |
|---|---|---|
| **PAYEE**<br>Jarvis Carraway Jarvis D Carraway | **DEPARTMENT**<br>Safety-Security | **CHECK #**<br>Direct Deposit |
| **ADDRESS**<br>Jarvis Carraway<br>1419 20th Avenue North<br>Texas City TX 77590<br>United States Map | **CLASS**<br>Other-All : Miscellaneous | **AMOUNT**<br>1,309.09 |
| | **LOCATION**<br>Safety-Security Office | **MEMO** |
| | ☐ CLASSIFY INDIVIDUAL PAYCHECK LINES | |
| | **WORKPLACE**<br>Port of Galveston | |

### Reference Information

| | | |
|---|---|---|
| **BATCH**<br>00019 | **CHECK DATE**<br>04/30/2021 | **PERIOD ENDING**<br>04/25/2021 |
| **ACCOUNT**<br>1011 UNRESTRICTED CASH AND CASH EQUIVALENTS<br>: PAYROLL ACCOUNT | **PAY FREQUENCY**<br>Every Two Weeks | |

Earnings 86.89 •   Time 1,824.35 •   Bonuses 0.00   PTO Hours •   Deductions 467.89 •   Contributions 160.88 •   Taxes 161.97 •   **Summary** •   Disbursements 1,30...

| PAYROLL ITEM | PAYROLL ITEM TYPE | AMOUNT | YTD AMOUNT |
|---|---|---:|---:|
| COS ERMED (Wage) | Addition | 27.71 | 224.81 |
| COS-BACHELORS DEGREE | Addition | 57.70 | 519.30 |
| COS-GTLI > $50,000 | Addition | 1.48 | 74.90 |
| COS-HOLIDAY (Hourly) | Addition | 0.00 | 1,213.68 |
| COS-HOLIDAY WORKED | Wage | 0.00 | 775.80 |
| COS-SICK (Hourly) | Sick | 0.00 | 1,143.87 |
| COS-VACATION (Hourly) | Vacation | 0.00 | 1,186.97 |
| COS-WORK (Hourly) | Wage | 1,824.35 | 10,400.16 |
| EMPLOYEE ADVANCE | Addition | 0.00 | 292.58 |
| Additional Medicare | Tax | 0.00 | 0.00 |
| Federal Withholding | Federal | -106.55 | -659.68 |
| Medicare Employee | Medicare | -27.71 | -200.30 |
| Social Security Employee | Social Security | 0.00 | 0.00 |
| 401A-EE Deduction | Deduction | -146.10 | -1,183.03 |
| COS-GTLI > $50,000 (offset) | Deduction | -1.48 | -74.90 |
| EMPLOYEE ADVANCE - REPAYMENT | Deduction | 0.00 | 0.00 |
| GAR-CHDSUPP1 | Deduction | -320.31 | -2,882.79 |
| INS-DENPPOFAM | Deduction | 0.00 | -278.56 |
| INS-MEDFAM | Deduction | 0.00 | -1,320.00 |
| SUPINS-AFLACACC | Deduction | 0.00 | -130.16 |
| SUPINS-AFLACCRIT | Deduction | 0.00 | -37.44 |
| SUPINS-AFLACHOSP | Deduction | 0.00 | -226.80 |
| SUPINS-CHUBB | Deduction | 0.00 | -667.36 |
| SUPINS-LGL | Deduction | 0.00 | -67.84 |
| SUPINS-METDEP | Deduction | 0.00 | -11.68 |
| SUPINS-METVOL | Deduction | 0.00 | -61.20 |
| SUPINS-VIS+CHI | Deduction | 0.00 | -54.16 |
| COS-401A 2010PLAN | Employer Contribution | -57.29 | -463.94 |
| COS-401A-ER | Employer Contribution | -103.59 | -842.24 |
| COS-ER Medical Contribution | Employer Contribution | 0.00 | -2,700.00 |
| COS-Federal Unemployment | Federal | 0.00 | -42.00 |
| COS-Medicare Company | Medicare | -27.71 | -200.30 |
| COS-Texas Unemployment | Unemployment | 0.00 | -144.00 |
| GPLIFEINS | Employer Contribution | 0.00 | 0.00 |
| Social Security Company | Social Security | 0.00 | 0.00 |

## 📝 Paycheck

## Direct Deposit Jarvis Carraway Jarvis D Carraway   COMMITTED

### Primary Information

| | | |
|---|---|---|
| **PAYEE**<br>Jarvis Carraway Jarvis D Carraway | **DEPARTMENT**<br>Safety-Security | **CHECK #**<br>Direct Deposit |
| **ADDRESS**<br>Jarvis Carraway<br>1419 20th Avenue North<br>Texas City TX 77590<br>United States Map | **CLASS**<br>Other-All : Miscellaneous<br>**LOCATION**<br>Safety-Security Office<br>☐ CLASSIFY INDIVIDUAL PAYCHECK LINES<br>**WORKPLACE**<br>Port of Galveston | **AMOUNT**<br>1,221.53<br>**MEMO** |

### Reference Information

| | | |
|---|---|---|
| **BATCH**<br>00020 | **CHECK DATE**<br>05/14/2021 | **PERIOD ENDING**<br>05/09/2021 |
| **ACCOUNT**<br>1011 UNRESTRICTED CASH AND CASH EQUIVALENTS<br>: PAYROLL ACCOUNT | **PAY FREQUENCY**<br>Every Two Weeks | |

Earnings 91.25 •   Time 2,121.08 •   Bonuses 0.00   PTO Hours •   Deductions 847.82 •   Contributions 523.74 •   Taxes 171.93 •   Summary •   Disbursements 1,22·

| PAYROLL ITEM | PAYROLL ITEM TYPE | AMOUNT | YTD AMOUNT |
|---|---|---:|---:|
| COS ERMED (Wage) | Addition | 32.07 | 256.88 |
| COS-BACHELORS DEGREE | Addition | 57.70 | 577.00 |
| COS-GTLI > $50,000 | Addition | 1.48 | 76.38 |
| COS-HOLIDAY (Hourly) | Addition | 0.00 | 1,213.68 |
| COS-HOLIDAY WORKED | Wage | 0.00 | 775.80 |
| COS-OVERTIME | Wage | 230.79 | 230.79 |
| COS-SICK (Hourly) | Sick | 0.00 | 1,143.87 |
| COS-VACATION (Hourly) | Vacation | 0.00 | 1,186.97 |
| COS-WORK (Hourly) | Wage | 1,890.29 | 12,290.45 |
| EMPLOYEE ADVANCE | Addition | 0.00 | 292.58 |
| Additional Medicare | Tax | 0.00 | 0.00 |
| Federal Withholding | Federal | -114.03 | -773.71 |
| Medicare Employee | Medicare | -28.95 | -229.25 |
| Social Security Employee | Social Security | 0.00 | 0.00 |
| 401A-EE Deduction | Deduction | -169.13 | -1,352.16 |
| COS-GTLI > $50,000 (offset) | Deduction | -1.48 | -76.38 |
| EMPLOYEE ADVANCE - REPAYMENT | Deduction | 0.00 | 0.00 |
| GAR-CHDSUPP1 | Deduction | -320.31 | -3,203.10 |
| INS-DENPPOFAM | Deduction | -34.82 | -313.38 |
| INS-MEDFAM | Deduction | -165.00 | -1,485.00 |
| SUPINS-AFLACACC | Deduction | -16.27 | -146.43 |
| SUPINS-AFLACCRIT | Deduction | -4.68 | -42.12 |
| SUPINS-AFLACHOSP | Deduction | -28.35 | -255.15 |
| SUPINS-CHUBB | Deduction | -83.42 | -750.78 |
| SUPINS-LGL | Deduction | -8.48 | -76.32 |
| SUPINS-METDEP | Deduction | -1.46 | -13.14 |
| SUPINS-METVOL | Deduction | -7.65 | -68.85 |
| SUPINS-VIS+CHI | Deduction | -6.77 | -60.93 |
| COS-401A 2010PLAN | Employer Contribution | -66.33 | -530.27 |
| COS-401A-ER | Employer Contribution | -119.91 | -962.15 |
| COS-ER Medical Contribution | Employer Contribution | -337.50 | -3,037.50 |
| COS-Federal Unemployment | Federal | 0.00 | -42.00 |
| COS-Medicare Company | Medicare | -28.95 | -229.25 |
| COS-Texas Unemployment | Unemployment | 0.00 | -144.00 |
| GPLIFEINS | Employer Contribution | 0.00 | 0.00 |

| Social Security Company | Social Security | 0.00 | 0.00 |

# Direct Deposit Jarvis Carraway Jarvis D Carraway

COMMITTED

## Primary Information

**PAYEE**
Jarvis Carraway Jarvis D Carraway

**ADDRESS**
Jarvis Carraway
1419 20th Avenue North
Texas City TX 77590
United States Map

**DEPARTMENT**
Safety-Security

**CLASS**
Other-All : Miscellaneous

**LOCATION**
Safety-Security Office

✔ CLASSIFY INDIVIDUAL PAYCHECK LINES

**WORKPLACE**
Port of Galveston

**CHECK #**
Direct Deposit

**AMOUNT**
1,003.45

**MEMO**

## Reference Information

**BATCH**
00024

**ACCOUNT**
1011 UNRESTRICTED CASH AND CASH EQUIVALENTS : PAYROLL ACCOUNT

**CHECK DATE**
05/28/2021

**PAY FREQUENCY**
Every Two Weeks

**PERIOD ENDING**
05/23/2021

Earnings 87.29 • Time 1,851.82 • Bonuses 0.00 • PTO Hours • **Deductions 826.92** • Contributions 500.73 • Taxes 133.73 • Summary

| DEDUCTIONS | WAGE BASE | AMOUNT | MANUAL ENTRY | DEPARTMENT | CLASS | LOCATION |
|---|---|---|---|---|---|---|
| 401A-EE Deduction | 1,937.63 | 148.23 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| COS-GTLI > $50,000 (offset) | 1,939.11 | 1.48 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| EMPLOYEE ADVANCE - REPAYMENT | 1,939.11 | 0.00 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| GAR-CHDSUPP1 | 1,939.11 | 320.31 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| INS-DENPPOFAM | 1,939.11 | 34.82 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| INS-MEDFAM | 1,939.11 | 165.00 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| SUPINS-AFLACACC | 1,939.11 | 16.27 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| SUPINS-AFLACCRIT | 1,939.11 | 4.68 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| SUPINS-AFLACHOSP | 1,939.11 | 28.35 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| SUPINS-CHUBB | 1,939.11 | 83.42 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| SUPINS-LGL | 1,939.11 | 8.48 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| SUPINS-METDEP | 1,939.11 | 1.46 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| SUPINS-METVOL | 1,939.11 | 7.65 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |
| SUPINS-VIS+CHI | 1,939.11 | 6.77 | | Safety-Security | Other-All : Miscellaneous | Safety-Security Office |